# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRUCE DARNELL MOORE,<br><br>Defendant. | CR-15-49-GF-BMM-3<br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on January 22, 2020. (Doc. 135.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on January 21, 2020. (Doc. 134.) The United States accused Moore of violating his conditions of supervised release 1) by using cocaine; and 2) by failing to report to his probation officer as directed. (Doc. 128.)

At the revocation hearing, Moore admitted that he had violated the conditions of his supervised release 1) by using cocaine; and 2) by failing to report to his probation officer as directed. (Doc. 128.) Judge Johnston found that Moore's violations warrant revocation, and recommended that Moore be incarcerated for 6 months with 38 months of supervised release to follow. (Doc. 135 at 4.) Moore waived his right to allocute before the undersigned and the 14 day right to appeal. (Doc. 134.)

The violations prove serious and warrant revocation of Moore's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 135) are **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that Defendant Bruce Darnell Moore be incarcerated for a term of 6 months, with credit for time served, with 38 months of supervised release to follow.

DATED this 22nd day of January, 2020.

Brian Morris
United States District Court Judge